**Order entered October 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01106-CR

### GERARDO ISRAEL STRAUSS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1733722-Q

# ORDER

We **GRANT** Sharita Blacknall's motion to withdraw as appellate counsel. We **DIRECT** the

Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant and to send a

copy of this order and all future correspondence to Gerardo Israel Strauss, TDCJ No. 02222236,

Telford Unit, 3899 Hwy 98, New Boston, Texas 75570.


/s/     BILL WHITEHILL
        JUSTICE